UNITED STATES COURT OF APPEALS
For the Fifth Circuit

_____

No. 00-31289
_____

CHERYL SADLER,

Plaintiff,

VERSUS

WHIRLPOOL CORPORATION; ET AL,

Defendants,

WHIRLPOOL CORPORATION; SEARS ROEBUCK AND COMPANY,
Defendants-Intervenor Defendants-Appellants,

VERSUS

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

Defendant-Intervenor Plaintiff-Appellee.

_____

Appeal from the United States District Court for the Middle
District of Louisiana, Baton Rouge
No. 98-CV-456-B
_____
November 6, 2001

Before KING, Chief Judge, DAVIS, Circuit Judge, and VANCE,[1]

District Judge.

PER CURIAM:[2]

_____

[1] District Judge of the Eastern District of Louisiana, sitting by designation.

[2] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except

Whirlpool Corporation, et al, challenge the district court's order granting American National Property and Casualty Company's motion to remand its action back to the Louisiana 19th Judicial District Court. The district court expressly based its August 24, 2000 order upon 28 U.S.C. 1447(c). Section 1447(d) forbids this Court from reviewing orders remanding actions under subsection (c). We therefore dismiss this appeal.

DISMISSED.

---

under the limited circumstances set forth in 5th Cir. R. 47.5.4.